January 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

WAYNE EVANS, Appellant

NO. 14-11-00973-CV                     V.

TYMESHIA KING, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 31, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by WAYNE EVANS.

We further order this decision certified below for observance.